# MUKASEY YOUNG

570 Lexington Ave
New York, N[Y]

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.** 10/28/2024

The Court adopts the parties' briefing schedule with the exception of the next conference date. The status conference scheduled for November 1, 2024 is hereby adjourned to January 10, 2025 at 11:00 a.m. The adjournment is necessary to permit the parties to complete their briefing of pretrial motions. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between November 1, 2024 and January 10, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Glover, 24 Cr. 370 (VSB)

Dear Judge Broderick:

If it pleases the Court, the parties agree that it makes sense to adjourn the status conference in the captioned matter that is currently scheduled for November 1, 2024. The parties instead propose the following schedule for the Court's consideration:

| | |
|---|---|
| Defense motions, if any: | November 26, 2024 |
| Government response: | December 10, 2024 |
| Defendant's reply: | December 17, 2024 |
| Hearing, if necessary, or conference: | January 13, 2025 |

The defendant consents to the exclusion of time from Speedy Trial Clock calculations until January 10, 2025 or whatever date the Court sets for the hearing/conference.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Marc L. Mukasey
Marc L. Mukasey

*Counsel for Sam Glover*

Cc:   All counsel of record (via ECF)