UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
               :
UNITED STATES OF AMERICA,     :
               :
        -v-              :
               :        24-CR-370 (VSB)
               :
SAM GLOVER,              :        **ORDER**
               :
          Defendant.  :
               :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In accordance with my comments made during the January 10, 2025 status conference, it is hereby:

      ORDERED that the jury trial in this matter is scheduled to begin on June 16, 2025.

      IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on June 3, 2025, at 11:00 a.m..

      IT IS FURTHER ORDERED that any in limine motions be filed on or before May 13, 2025, with responses due on or before May 20, 2025.

      IT IS FURTHER ORDERED that any proposed voir dire questions, jury instructions, verdict forms or trial memoranda shall be filed on or before May 30, 2025. Each party shall also email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    January 10, 2025
           New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge