UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
              -v-                                      :
                                                       :         24-CR-370 (VSB)
SAM GLOVER,                                             :
                                                       :           **ORDER**
                              Defendant.               :
                                                       :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Due to a scheduling conflict, the final pretrial conference is ADJOURNED from June 3,

2025 to June 11, 2025 at 11:00am.  This order shall not affect any other case deadlines.

SO ORDERED.

Dated:    May 7, 2025
          New York, New York

                                                   _____
                                                   Vernon S. Broderick
                                                   United States District Judge