UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SAM GLOVER,

            Defendant.

24 Cr. 370 (VSB)

---

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion to admit Brianna Alford to practice *pro hac vice* in the above captioned action is granted.

Brianna Alford has declared that she is a member in good standing of the Bars of the State of Arizona and New York; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Brianna Alford |
| Firm Name: | Mukasey Young LLP |
| Address: | 570 Lexington Avenue, Suite 3500 |
| City / State / ZIP: | New York, New York 10022 |
| Telephone Number: | (212) 466-6400 |
| Email address: | brianna.alford@mukaseylaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Sam Glover in the above titled action;

**IT IS HEREBY ORDERED** that Brianna Alford is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED: 06/02/2025

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE