UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA,         :

                         -v-                          :                          24-CR-370 (VSB)

SAM GLOVER,                                :
                                                                  :                             **ORDER**
                              Defendant.    :
                                                                    :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Trial in this matter is scheduled to begin on June 16, 2025.  It is hereby:

       ORDERED that no later than June 12, 2025, the Government shall deliver hard copies to my chambers of the trial exhibits and 3500 material.  However, documents that contain voluminous pages of material need not be provided (*e.g.*, there is no need to provide phone extractions, financial records, phone call record details, etc.).

SO ORDERED.

Dated:     June 6, 2025
              New York, New York

                                                                                                        Vernon S. Broderick
                                                                                   United States District Judge