UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
             :
UNITED STATES OF AMERICA,     :
             :
    - against -            :
             :    24-CR-370 (VSB)
SAM GLOVER,             :
             :    **ORDER**
          Defendant.   :
             :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of email correspondence dated June 11, 2025 at 8:49pm from Defendant containing exhibits regarding: (1) "Good Faith as it Relates to Counsel"; (2) "Regulatory Training for USC Pharmacists and Regulatory Personnel (and Sam's knowledge thereof)"; and (3) "Kyle Zorn's Facebook Posts." The Government is copied on the email. I note that the Defendant is under no obligation to present a defense. The defense states it is prepared to make an *ex parte* proffer of its theories of relevance/admissibility as to this evidence. Accordingly,

       IT IS HEREBY ORDERED that no later than 12:00pm on June 15, 2025, or in sufficient time that I can rule before the defense intends to offer such evidence, Defendant submit an *ex parte* letter explaining its theories of relevance and admissibility as to the exhibits in the June 11, 2025 email. The parties are advised that I may unseal Defendant's submission at a later date and/or the defense may have to present their arguments related to this evidence in open court.

SO ORDERED.

Dated: June 12, 2025
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge