UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,          :

      - against -                                   :

                                                     :          24-CR-370 (VSB)

SAM GLOVER,                                  :

                                                     :          **ORDER**

                             Defendant.  :

                                                     :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of email correspondence dated June 12, 2025 at 1:59pm, 2:08pm, 2:11pm, and 2:14pm from the parties concerning Defendant's request for their *ex parte* submission, (*see* Doc. 52), to include a discussion of "the scoping/VCPR exhibits the defense intends to offer" at trial. The Government objects to submitting any discussion of this evidence *ex parte*.

      The request for *ex parte* submission on the scoping/VCPR evidence is DENIED. I permitted Defendant's *ex parte* submission, (Doc. 52), primarily because the issue of attorney involvement implicates the Defendant's state of mind and potential testimony, as well as potential attorney-client privilege issues. The scoping/VCPR evidence does not implicate these issues in the same way, and was extensively discussed in the Defense's publicly filed brief on the issue, (Doc. 50 at 5–13), and on the record during the June 11, 2025 pretrial conference.

IT IS HEREBY ORDERED that Defendant shall submit any letter explaining its theories of relevance and admissibility as to the scoping/VCPR evidence no later than 12:00pm on June 15, 2025.

SO ORDERED.

Dated: June 12, 2025
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge