Juror #12   Jill Peiter

The defendant & I inadvertantly exchanged words. We were both alone.

I raced around the corner by the elevator bank on 5th & he & I nearly ran into each other.

I said "sorry" and he said "excuse me."

That was all & we both continued on our way.