

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007
(212) 805-6165

CHAMBERS OF
VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

June 18, 2025

**Re: Mr. Castillo's Jury Service**

To whom it may concern:

I am writing to inform you that Mr. Jefte Castillo has been selected as a juror in a trial before me. Jury selection for the trial began on Monday, June 16, 2025, and the trial is expected to last until early July 2025. The jury sits Monday through Friday each week from 10:00am to 5:30pm for the duration of the trial, excluding June 19, July 3, and July 4, 2025, when the courthouse will be closed for holidays.

If you have any questions, please do not hesitate to contact my chambers at (212) 805-6165 or via email at BroderickNYSDChambers@nysd.uscourts.gov.

Sincerely,

*[signature: Vernon Broderick]*

Hon. Vernon S. Broderick
United States District Judge