

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 2, 2025

**BY ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Sam Glover,* **24 Cr. 370 (VSB)**

Dear Judge Broderick:

    The Government writes on behalf of the parties in the above-captioned matter to respectfully request that the Court enter on consent the following post-trial briefing schedule:

- **July 30, 2025: Defendant's post-trial motions due**
- **September 5, 2025: Government's opposition to defendant's post-trial motions due**
- **September 19, 2025: Defendant's reply to post-trial motions due**

    Accordingly, the Government respectfully requests that the Court endorse this letter and enter the aforementioned deadlines.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: /s_____
    Marguerite B. Colson
    Courtney Heavey
    Sarah Mortazavi
    Assistant United States Attorneys
    (212) 637-2587 | -2413 | -2520

Cc:    Defense counsel (via E-mail)