UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAM GLOVER,<br><br>                    Defendant. | Case No. 24 Cr. 370 (VSB)<br><br>**ORAL ARGUMENT REQUESTED** |

# MOTION FOR A JUDGMENT OF ACQUITTAL
## PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29(c)

Defendant Sam Glover respectfully moves for a judgment of acquittal pursuant to Fed. R. Crim. P. 29(c), and any other relief the Court deems just and proper. Defendant Sam Glover respectfully submits the accompanying Memorandum of Law in support of his motion.

**ORAL ARGUMENT REQUESTED**

Defendant respectfully requests oral argument on his motion.

Dated:  New York, New York
        August 1, 2025

Respectfully submitted,

 /s/ Marc L. Mukasey
Marc L. Mukasey
Torrey K. Young
Brianna Alford (admitted *pro hac vice*)
Michael F. Westfal

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
(212) 466-6400
marc.mukasey@mukaseylaw.com

*Counsel for Defendant Sam Glover*