```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
                -against-                                   :    24-CR-370 (VSB)
                                                            :
SAM GLOVER,                                                 :    ORDER
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On August 1, 2025, Defendant Sam Glover ("Defendant") filed a motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, (Doc 106), and an accompanying memorandum of law in support of his motion for a judgment of acquittal, (Doc. 107). On September 5, 2025, the Government filed its opposition to Glover's motion. (Doc. 108.) On September 19, 2025, Defendant filed a reply brief in further support of his motion. (Doc. 109).

On September 22, 2025, the Second Circuit issued an Opinion concluding that 21 U.S.C. § 333(a)(2) "does not limit the target of the requisite intent to mislead to any particular categories of victims. Instead, the essential requirement of the statute is that the intent to mislead relate to the underlying 21 U.S.C. § 331 violation." *United States v. Fishman*, No. 22-1600-CR, 2025 WL 2692069, at *1 (2d Cir. Sept. 22, 2025). "What matters under this statute is not the *identity* of the target of a defendant's intent to defraud or deceive. What matters is the connection between the fraudulent intent and the offense of adulteration and misbranding." *Id*. at *5 (emphasis in original).

Accordingly, it is hereby:

ORDERED that the parties shall submit letter briefs regarding the impact, if any, the

Second Circuit's decision in *United States v. Fishman*, No. 22-1600-CR, 2025 WL 2692069 (2d Cir. Sept. 22, 2025) has on the pending motion for a judgment of acquittal on or before **October 3, 2025**.  Each letter brief shall be no longer than five pages.

SO ORDERED.

Dated:  September 23, 2025
       New York, New York

_____
Vernon S. Broderick
United States District Judge